■ GENEVIEVE MONGON, Respondent, v BANKS, PICKETT, GRUEN & SHAPIRO et al., Appellants. (Action No. 1.) GENEVIEVE MONGON, Plaintiff, v BROTMANN & FREEDMAN et al., Defendants. (Action No. 2.) [729 NYS2d 902] —In two related actions to recover damages for legal malpractice, the defendants in Action No. 1 appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County (Cowhey, J.), entered March 15, 2000, as denied their motion for summary judgment dismissing the complaint in that action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly denied the appellants' motion for summary judgment, since they did not establish that the plaintiff would be unable to prove the essential elements of a legal malpractice claim (*see, Schauer v Joyce,* 54 NY2d 1, 6; *Shopsin v Siben & Siben,* 268 AD2d 578; *Lanoce v Anderson, Banks, Curran & Donoghue,* 259 AD2d 965). Krausman, J. P., H. Miller, Schmidt and Crane, JJ., concur.

■ JUANA MONTEJO, Appellant, v ESPINAL GROCERY et al., Respondents. [729 NYS2d 901] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Garry, J.), dated August 15, 2000, which denied her motion pursuant to CPLR 5015 to vacate two orders of the same court, both dated October 15, 1999, granting the motion of the defendants Espinal Grocery and Simeon Espinal and the separate motion of the defendant Edna Williams for summary judgment dismissing the complaint insofar as asserted against them, upon her default, *inter alia*, in appearing for oral argument.

Ordered that the order is affirmed, with costs.

To vacate an order entered on default, a plaintiff must demonstrate both a reasonable excuse for the default and a meritorious cause of action (*see,* CPLR 5015 [a] [1]; *Waaland v Weiss,* 228 AD2d 435). The plaintiff failed to demonstrate that her cause of action was meritorious. Therefore, the Supreme Court properly denied her motion. Santucci, J. P., S. Miller, Luciano, Feuerstein and Adams, JJ., concur.